IN THE DISTRICT/SUPERIOR/SUPREME COURT FOR THE STATE OF ALASKA
AT Kotzebue

Louis Holger,
The People of Alaska,
Plaintiffs
vs.
Gary George Colbath,
Martin L. Ritzman,
Timothy Mark Burgess,
Jonas M. Walker
Carla R. Erickson
Defendants

CASE NO. 2KB-19-00140CI

PRISONER REQUEST FOR
FILING FEE EXEMPTION

Lawful Money 12 U.S.C. 341

I, Louis Holger dba LOUIS HOLGER ERLUND , request exemption from paying
         (name of prisoner)
part of the filing fee in this civil litigation against the State of Alaska. As required by
AS 09.19.010, I am submitting to the court:

1.    the following affidavit, and

2.    the attached certified copy of my account statement for the past six months from
      the Department of Corrections.

## AFFIDAVIT

I swear or affirm under penalty of perjury that the following information is true to the best
of my knowledge and belief.

1.    I am a prisoner at Anchorage Correctional Complex West
                          (name of correctional facility)

2.    I am attaching a filled out Financial Statement on court form CR-206.9HD

3.    The circumstances that prevent me from paying the full filing fee are: I do
      not have any money left. I've spent well over 50 7- of
      the money that I had on Postage (serving parties w/ court
      Filings) and copies (Copies of Court Filings to serve parties) to
      serve parties w/ court Filings

4.    Nature of action:    ☐ application for post conviction relief
                           ☒ civil lawsuit
                           ☐ appeal of a civil judgment
                           ☐ appeal from final decision of an administrative agency
                           ☒ other: Copies, Certified copies of Filings in this case

AS 09.19.010 & .100
AS.ss10R .10(a) CrimR .35 1(a)
PRISON: Case 2:19-cv-00004-RRB  Document 1-1   Filed 09/26/19   Page 1 of 29

5. The following specific facts will, when proven, state a claim on which relief can be granted or entitle me to reversal on appeal: Gary George Colbath, Marilu L. Ritzman, Timothy Mark Burgess, Jonas M. Walker, and Carla R. Erickson are all "convicted violent pedophile, rapeist sex offenders. They have failed (flat out refused) to register as convicted Sex offenders on the National Sex offender and Crimes against Children Registry.

Louis Holger
dba LOUIS HOLGER EKLUND
Prisoner's Signature

__May 30, 2019__
Date

Subscribed and sworn to or affirmed before me at __ANCHORAGE__, Alaska on __5-30-19__.
(date)

(SEAL)

Notary Public or other person authorized to administer oaths.
My commission expires __w/k H c/f/16__

ORDER

It is ordered that the above request is

☑ GRANTED. The court finds that exceptional circumstances prevent the prisoner from paying the full filing fee. The required filing fee will be $ __45.20__ (Minimum required by AS 09.19.010(d) is 20% of the larger of average monthly deposits to or average balance in prisoner's account.)

☐ DENIED. The court finds that no exceptional circumstances prevent the prisoner from paying the full filing fee.

Notice: This case may be dismissed without further notice unless the required filing fee is paid within 30 days after the date of distribution of this order.

__7/5/19__
Date

Judge

I certify that on __7/9/19__
a copy of this order was sent to:

L. H

Clerk: __(KS)__

Nelun Traverso
Type or Print Name

Louis Holger. Lawful Money 12 U.S.C. 3411
dba LOUIS HOLGER EKLUND # 396774
Anchorage Correctional Complex West
1400 East 4th Avenue
Anchorage, Alaska - 99501-

FILED IN The Trial Courts
State of Alaska Second District
at KOTZEBUE

JUN 1  2019

Clerk The Courts
By ___KB___ Deputy

In The Superior Court For The State of Alaska
Second Judicial District At Kotzebue
Article III 3:15-cv-CC046

Louis Holger,
The People of The
Republic of Alaska,
et al.
Plaintiffs.

   vs.

Gary George Colbath,
Marlin L. Ritzman,
Carla R. Erickson,
Timothy Mark Burgess,
Jonas M. Walker
Defendants.

COMMON Law Criminal
Complaint For Failure To
Register As Convicted Sex
Offenders As Required
By The Sex Offender
Registration And
Notification Act.


Attachments 1, 2, 3, 4, 5


Case No. 2KB-19-00140CI

Gallegos v. Haggerty Northern District of New York. 689
F. Supp. 93. "A government defendant may be personally involved in a
constitutional deprivation in several ways: (1) direct participation; (2)
failure to remedy the wrong after learning about it; (3) creation of
a policy or custom under which unconstitutional practices occur;
or (4) gross negligence in managing subordinates who caused the violation."

People v. Quimby. 152 Colo. 231, 381. P.2d 275 (1963) Abraham
Lincoln - United States President. "The People are masters of both congress
and the courts. Not to overthrow the Constitution, but to overthrow the
men who pervert it."

Blanton v. Sherman Compress Co. 256 S.W. 2d 884 (1953) "When
a person sustains to another a position of trust and confidence, his
failure to disclose facts that he has a duty to disclose is as much a
fraud as an actual misrepresentation."

Fisher Controls International Inc. v. Gibbons 911 S.W. 2d 135 (1995)
"When circumstances impose a duty to speak and one deliberately remains
silent, silence is equivalent to false representation."

Page 1 of 9

Affidavit of Service of Process
(Civil Rule 4(e)(3) Affidavit)

I, Louis Holger, operating in my official capacity as a bonafide Article III United States Supreme Court Justice (see Oath of Office at Attachment #4 in this Article III United States Supreme Court of Record State the following:

When I first began exposing these "government" Pedophiles rapists, Kidnappers, child human traffickers/sex traffickers, and human traffickers/sex traffickers in 2016, using lawsuits and the Public record, I had Barbara Sylvia, owner of ALASKA DIRECT PROCESS LLC serve process on the Kidnappers Child human traffickers, and child human sex traffickers named as defendants in Alaska Court system Case No's 2KB-16-00156CI and 3AN-16-0948CI. Barbara Sylvia informed me that she had recieved death threats, and even had the windows shot out of her vehicle.

In addition...... I began I called all of the Process servers located in the Phone book, and Barbara Sylvia owner of ALASKA DIRECT PROCESS LLC was the only Process server that I was able to locate who was willing to help me serve process on "government" Kidnappers, child human traffickers and child human sex traffickers, and Pedophiles.

After Barbara Sylvia informed me of her recieving death threats and having the windows of her vehicle shot out with a firearm I began serving process by certified Mail, with return reciept requested.

Sometimes I would go to the Post office with $1.00 to Mail, by certified Mail with return reciept requested, copies of a lawsuit along with summons and notice to both parties of judicial assignment to 7 to 10 defendants. In the Process of waiting for the returns (return reciept) it became common for the Mail box to be had hanging wide open, and empty upon checking the mail for the returns. In addition, out of 7 to 10 returns (return reciepts) that got mailed out, only 1 to 3 would be retrievable from the Mailbox. The Violent Pedophile rapist, Kidnappers, child human traffickers, and child human sex traffickers who are falsely claiming to be "government" Public servants" had the Mailbox staked out (secretly watched) and were stealing the returns out of the Mailbox upon their delivery.

Due to the Personal danger arising out of serving Process "government" Violent Pedophile, human traffickers and Violent Rapist Kidnappers, Child traffickers/sex traffickers, human traffickers and sex traffickers, as presented in this affidavit (death threats, shooting at vehicles), and stolen returns being taken out of the Mailbox the remedy of "service of Process" has been obfuscated and the Court is now obligated to serve Process Pursuant to Rule of Alaska Rules of Civil Procedure Rule 4(e)(3).

# Reservation of Rights

I We reserve our right to not be compelled to Perform under any contract or commercial agreement that I We did not enter knowingly, voluntarily and intentionaly. Furthermore, I We do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.

*with full disclosure*

## Notice

ALL Rulings shall be made in the Best Interest of Justice. Any Potential Ruling Made that is not made in the Best Interest of Justice is repugnant to the Best Interest of Justice, the United States Constitution, the laws of the United States, the laws of the State of Alaska, the laws of the Republic of Alaska, International law, the United Nations Universal Declaration of Human Rights, and human rights as well.

## Bouvier's Maxims of Law. 1856 Law Dictionary.

1) He who does not speak the truth is a traitor to the Truth.
2) It is a fraud to conceal a fraud.
3) External actions reveal internal secrets.
4) Reason is a Ray of The Divine Light.
5) Clerical errors ought not to hurt.
6) The Heir of my Heir is my Heir.
7) The Heir is one with the Ancestor

## Maxims of Law. The Law Dictionary Anderson Publishing Company ©2002

1) God alone, and not man, can make an Heir.
2) A fault binds its own authors.
3) Gross negligence is held equivalent to intentional wrong.
4) Common usage or observance should not be departed from.
* 5) A mans Purpose is the Soul of his Writing. *
6) That is certain which can be rendered certain.
7) The reason of the law ceasing, the law itself ceases.
8) He who flees judgement confesses his guilt.
9) Public rights are preferred to private ones.
10) These are the Precepts of the law; to live honorably, to hurt nobody, to render every one his due.
11) Law is the science of good and evil.

# Jurisdiction

Jurisdiction is derived from Amendment VII of the Constitution for the United States of America, in this common law lawsuit, as well as Article III of the Constitution for the United States of America.

## Amendment VII

In all suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, other than according to the rules of the common law.

TITLE 25 UNITED STATES CODE. INDIANS. CHAPTER 5. PROTECTION OF INDIANS. § 175 United States Attorneys to represent Indians.
In all States and territories where there are alloted Indians the United States District Attorney (United States Attorney) shall represent them in all suits at law and in equity.

Pursuant with Title 25 U.S.C. § 175, cited above, I exercise my right to be represented by a United States Attorney. I AM a MEMBER of the Federally recognised tribe, Native Village of Kotzebue and a NANA REGIONAL CORPORATION INC., Shareholder Under the Alaska Native Claims Settlement Act of 1972.

Should the Corporate Attorney who is assigned to this case, along with other Corporate administrators, fail to see to it that my right to be represented by a United States Attorney is granted this will be evidence of having committed the crime of Conspiracy Against Rights, as codified at 18 U.S.C. § 241, cited below:

TITLE 18 UNITED STATES CODE. PART I CRIMES. CHAPTER 13 CIVIL RIGHTS. § 241 Conspiracy Against Rights
If two or more people conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, possession, or district in the Free exercise or enjoyment of any right or privledge secured to him by the Constitution or laws of the United States, because of having so exorcised the same . . . . .

# Notice of Claims / Affidavit

I Louis Holder, operating in my official capacity as a bona fide Article III United States Supreme Court Justice, in this bona fide Article III United States Supreme Court of Record, State the following to be the true and correct facts of the matter at hand:

On December 17, 2018 the named defendants Gary George Colbath, Timothy Mark Burgess, Jonas M. Walker, Marlin L. Ritzman and Carla Erickson (herein after "the convicted violent pedophile pimp child human sex trafficking rapists") were all lawfully convicted in a bona fide Article III. United States Supreme Court of Record, Created under the Authority of Article III of the Constitution for the United States of America, Pursuant to the laws of the United States of the following violent pedophile, and violent rapist sex crimes having, routenely and systematically, targeted and preyed upon innocent women and innocent children for the victims of their violent pedophile and violent rapist child kidnapping, and sex trafficking scandal:

TITLE 18 U.S.C. PART 1 CRIMES. CH 77 PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS.
$1581 Peonage: Obstructing enforcement
$1583 Enticement into Slavery
$1584 Sale into involuntary servitude
$1590 Trafficking with respect to Peonage, Slavery, involuntary Servitude, or forced labor.
$1591 Sex trafficking of children, or by force, fraud or coercion.

TITLE 18 U.S.C. PART 1 CRIMES. CH 109A SEXUAL ABUSE.
$2241 Aggravated Sexual Abuse
$2242 Sexual Abuse

TITLE 18 U.S.C. PART 1 CRIMES. CH 110 SEXUAL EXPLOITATION AND OTHER ABUSE OF CHILDREN.
$2251 Sexual Exploitation of Children
$2251A Selling or Buying of Children.

For a copy of the convicted violent pedophile pimp, sex offender, child human sex trafficking rapists judgement and conviction, having been uploaded onto the United States Public record where it will not go away and will remain available for public review at any such time that the public desires to review it, Please see Attachment #1.

* Notice * Notice * Notice *

I will be writing and filing an Identical Judgment and Conviction for Vimie E. Nemecer, Kevin G. Clarkson, Michael J. Dunleavy, Eric A. Aarseth, Paul McDermott, Wendi Engelbracht and other child human sex traffickers, ie Paul Anthony Roetman, Aaron J. Michaels, Nicole Norma Stoops.

In addition, Attachment #1 contains an order to the Convicted Violent PedoPhile PimP, Sex offender, Child human Sex trafficking rapists to register as Convicted Sex offenders on the National Sex offender And Crimes against Children Registry Pursuant to 34 U.S.C. CH. 209 CHILD PROTECTION AND SAFETY. SEX OFFENDER REGISTRATION AND NOTIFICATION § 20913(a)(b).

In addition, Attachment #1 contains a notice to the Convicted Violent PedoPhile PimP, Sex offender, Child human Sex trafficking rapists that their failure to register as Convicted Sex offenders Pursuant to 34 U.S.C. § 20913(a)(b) will result in an additional case being opened up against them for their Criminal Violation of 18 U.S.C. § 2250 Failure to Register, cited below:

TITLE 18 UNITED STATES CODE. PART 1 CRIMES. CHAPTER 109B. SEX OFFENDER AND CRIMES AGAINST CHILDREN REGISTRY. § 2250 Failure To Register.
(a) In General, whoever --
   (1) is required to register under the Sex offender Registration and Notification Act;
   (3) knowingly Fails to register or update a registration as required by the Sex offender Registration and Notification Act;
Shall be Fined under this title or imprisoned not more than 10 years, or both.

The Convicted Violent PedoPhile PimP, Sex offender, Child human Sex trafficking rapists have thus for refused to register as Convicted Sex offenders on the National Sex offender and Crimes against Children Registry Pursuant to 34 U.S.C § 20913(a)(b), Sex offender Registration and Notification Act.

This Common law Criminal Complaint serves the Purpose of holding the Convicted Violent PedoPhile PimP, Sex offender, Child human Sex trafficking rapists Criminally liable for their Criminal Violation of 18 U.S.C. § 2250 cited above.

Attachment #2 consists of a Print out of a google Search of "Gary George Colbath", and the top two (2) google hits, out of 57,400 hits, being lawsuits that have been filed against him, linking him (Gary George Colbath, Jonas M. Walker, Timothy Mark Burgess, Carla R. Erickson and many others) to Child human trafficking, Child human

→ ✱NOTICE✱NOTICE✱NOTICE✱ ←
Attachment #5 consists of a document titled "Google Search Gary George Colbath" that was Previously uploaded onto the United States Public record where it will not go away and will remain available for Public review at any such time that the Public desires to review it.

Sex trafficking, violent Pedophilia, beating and raping children, violent child abuse, violent Male officer on Female Prisoner rapes in the CITY OF KOTZEBUE INC., KOTZEBUE POLICE DEPT. INC., KOTZEBUE REGIONAL JAIL INC., Indigenous Female Tribal Member Human Sex Trafficking Scandal, and the Roll that Gary George Colbath Plays as a Corrupted Corporate ("government") Attorney, assigned to cover up the violent Pedophile and violent rapeist kidnapping and sex trafficking scandal, in his attempt to prevent it from being exposed to the Public at large.

Additional evidence contained in the two (2) lawsuits referenced in the top two (2) Google hits, out of 57,400 hits, of "Gary George Colbath" Google Search is evidence of the Roll that Gary George Colbath Plays in going to great lengths to Persecute me for having exposed the violent Pedophile, and violent rapeist sex scandle, in my continued efforts at influencing good People to come to the aid of the innocent women and children who are routinely and Systematically being preyed upon and targeted as victims by the convicted violent Pedophile Pimp, sex offender, child human Sex trafficking rapeists.

Attachment #3 consists of a document in my efforts to influence Daryl J. Gardner and Sibyl Hartley-Gary George Colbath's Co-workers - to expose their fellow employee, Gary George Colbath, to the Public at large for what he is: A convicted violent Pedophile Pimp, sex offender, child human sex trafficking rapeist. Daryl J. Gardner and Sibyl Hartley have thus far refused to communicate with me, in dozens of telephone calls, and several written attempts to communicate as well.

Attachment #4 is a copy of a certified copy of my Oath of office (Article III United States Supreme Court Justice).

*Peaceful* Demand For Redress of Grievance *Peaceful*

1. I demand that Gary George Colbath, Marlin L. Ritzman, Jonas M. Walker, Timothy Mark Burgess, and Carla R. Erickson register as Convicted Sex offenders, Pursuant to 34 U.S.C. §20913(a)(b)

2. I demand that Gary George Colbath, Marlin L. Ritzman, Jonas M. Walker, Timothy Mark Burgess, and Carla R. Erickson will Pay $199,999.00 apeace for the Creation of a Lawful Money Trust for Child and women Survivors of Sexual Violence in Alaska.

3. In the best interest of the health and safety of innocent women, innocent children, and innocent families, I demand that the Military immediately take the convicted violent Pedophile Pimp, sex offender, child human sex trafficking rapeists Gary George Colbath, Marlin L. Ritzman, Timothy Mark Burgess, Jonas M. Walker, and Carla R. Erickson into Custody.

Louis Holger Junes, 2019
Louis Holger      Date
Article III United States
Supreme Court Justice
Galactic Federation of Light
De Oppresso Liber

Louis Holger
JUSTICE Article III

# CERTIFICATE OF SERVICE

This Certifies that on or about June 4, 2015 2019 I Mailed, by First Class mail, a copy of this "Common Law Criminal Complaint For Failure To Register As Convicted Sex offenders, As Required By The Sex Offender And Registration And Notification Act" to the Kotzebue Court, to be Filed and Uploaded onto Alaska Court System's Public Record where it will not go away and will remain available For Public Feviews at any such time the Public desires to review it to:

Margaret "Peggy" Franksson
P.O. Box 109
Point Hope, Alaska
- 99766 -
Native Village of Point Hope

Kotzebue Court
Attn: Clerk of Court
P.O. Box 317
Kotzebue, Alaska - 99752-

And to witnesses;

American Indian Movement
P.O. Box 17238
Minneapolis, Minnesota - 55417 -

First Nations Experience
7015. Mount Vernon Avenue
San Bernardino, California - 92410 -

Alaska Native Justice Center
3600 San Jeronimo Dr. Suite #264
Anchorage, Alaska - 99508-

Bureau of Indian Affairs
Alaska Regional Director
Human Services
3601 C Street Suite # 1200 MC403
Anchorage, Alaska - 99513 -

Alaska Human Rights Commission
800 A Street Suite #204
Anchorage, Alaska - 99501-
                        Attn: Tom Del Valle

Native Village of Kotzebue
P.O. Box 296
Kotzebue, Alaska - 99752 -

United Nations
760 United Nations Plaza
New York, New York - 10017 -

United States Senate
Chuck Grassley - President ProTem Por
Mitch McConnell - Republican Leader
Charles E. Schumer - Dem Leader
Nancy Pelosi - Speaker of the House
Washington D.C. - 20510 -

Air Force General Terrence O'Shaughnessy
Commander U.S. Northern Command
Air Force General John Hyten
Commander U.S. Stratesec Command
Marine General Joseph Dunford Jr.
Chairman Jolt Chiefs of Staff
9/o Joint Chiefs of Staff
9999 Joint Staff Pentagon #20932
Arlington, Virginia - 22202 -

Colonel Torrence Saxe
Dep. Military And Veterans Affairs
9600 Depot Road. Suite #180
Anchorage, Alaska - 99508-

Craig Sawyer
9/o Vets For Child Rescue
7320 Lacholla Blvd. Suite 154-302
Tucson, Arizona - 85741 -

Clyde Lewis
9/o Ground Zero AM Radio Show
1211 South West 5th Ave. #6
Portland, Oregon - 97204-

Holly Sheldon Lee
P.O. Box #1
Talkeetna, Alaska - 99676 -

Samantha Rosales
9/o Rebecca Ramirez
207 Royal Drive. Apt #115
Georgetown, Texas - 78626

Laura Jarrett - CNN Justice Reporter ✓
Cable News Network
CNN Center
Atlanta, Georgia - 30303 -

Don M. Green
Napoleon Hill Foundation
P.O. Box 1277
Wise, Virginia - 24293 -

Alaska Senator Lisa Murkowski
510 L. Street, Suite # 600
Anchorage, Alaska - 99501 -

Donald John Trump Sr.
White House
1600 Pennsylvania Avenue
Washington, D.C. - 20500 -

This American Life ✓
℅ Chicago Public Media
848 East Grand Avenue
Navy Pier Chicago, Illinois - 60611 -

✓ Gary George Colbath, Sibyl Huntley ✓
Jamie McBrady, Gretchen L. Staft ✓
Federal Public Defender
District of Alaska
601 West 5th Ave. Suite # 800
Anchorage, Alaska - 99501 -

Lance Christian Wells ✓
LAW OFFICE OF
LANCE CHRISTIAN WELLS, LLC
733 W. 4th Ave. Suite # 308
Anchorage, Alaska - 99501 -

Cynthia Ann Law
SEATAC FEDERAL DETENTION CENTER
P.O. Box 13900
Seattle, Washington - 98198 -

Robert G. Sarrazin, Lea Ann Preston Baecht ✓
Christy Poage, Tom D. McIntosh
United States Medical Center
1900 West Sunshine Street
Springfield, Missouri - 65807 -

Louis Holger          June 5, 2019
Louis Holger          Date
Article III United States
Supreme Court Justice
Galactic Federation of Light
De Oppresso Liber

Marlin J. RITZMAN

Courtney Horadezchi ✓
Channel 2 News
501 East 40th Avenue
Anchorage, Alaska - 99503 -

Alyssa Milano # ME TOO
23705 Van Owen St. Suite # 290
West Hills, California - 91307 -

Michael R. Pompeo
Secretary of State
1350 Pennsylvania Avenue, N.W. ste 419

Federal Bureau of Investigation ✓
101 East 6th Avenue
Anchorage, Alaska - 99501 -

United States Marshals Service ✓
United States Courthouse
222 West 7th Avenue
Anchorage, Alaska - 99513 -

Melissa Saunders
P.O. Box 670996
Anchorage, Alaska - 99567 -

Timothy Mark Burgess, Jonas M. Walker ✓
℅ United States District Court
District of Alaska
222 West 7th Avenue
Anchorage, Alaska - 99513

Alan M. Dershowitz ✓
℅ Harvard University
Law School
1575 Massachusets Ave.
Cambridge, Massachusets
- 02138 -

✓ Carla R. ~~Erickson~~
Dept. of Law.
Office of the Attorney General
1031 W. 4th Ave. Suite #
Anchorage, Alaska - 99501

Joshua Decker, Stephen Koteff
Alaska Civil Liberties Union
1057 W. Fireweed Lane. Suite # 207
Anchorage, Alaska - 99503 -

Wendi Engelbrecht - OCS
Anchorage Children's Services
323 East 4th Avenue
Anchorage, Alaska - 99501 -

Paul McDermott - GAL ✓
Office of Public Advocacy
900 West Fifth Ave. Suite # 525
Anchorage, Alaska - 99501 -

In The United States District Court
For The District Of Alaska
Article III 3:15-cv-00046

Louis Holger,
The People of Planet Earth.
Claimants.

vs.

UNITED STATES OF AMERICA Inc.,
Donald John Trump,
Barak H. Obama,
George W. Bush,
William Jefferson Clinton,
CENTRAL INTELLEGENCE AGENCY Inc.,
Mike Pompeo,
FEDERAL RESERVE SYSTEM Inc.,
Steven Turner Mnuchen,
AMERICAN BRITISH ACCREDITED
REGISTRY ASSOCIATION Inc.,
Timothy Mark Burgess,
Gary George Colbath,
Jonas M. Walker,
Brian Schroder,
Rich Kurtner,
SEATAC FEDERAL DETENTION CENTER Inc.,
Warden D. Sproul,
Cynthia Ann Low,
Katherine Skillestad-Winans,
UNITED STATES MEDICAL CENTER
FEDERAL PRISONERS SPRINGFIELD Inc.,
et al.
Defendants.

Judgement And Conviction, Convicting Timothy Mark
Burgess, Gary George Colbath, Jonas M. Walker,
Marlin L. Ritzman, And Carla R. Erickson Of Criminal
Violations Of 18 USC. CHAPTER 77. PEONAGE, SLAVERY,
AND TRAFFICKING IN PERSONS. §1581 Peonage;
Obstructing Enforcement, §1583 Enticement Into
Slavery, §1584 Sale Into Involuntary Servitude, §1590
Trafficking With Respect To Peonage, Slavery,
Involuntary Servitude, Or Forced Labor, §1591 Sex
Trafficking Of Children By Force, Fraud Or Coercion;
18 USC CHAPTER 109A. SEXUAL ABUSE. §2241 Aggrivated
Sexual Abuse, §2242 Sexual Abuse; 18 USC CHAPTER 110
SEXUAL EXPLOITATION AND OTHER ABUSE OF CHILDREN.
§2251 Sexual Exploitation Of Children, §2251A Selling
Or Buying Of Children, §2258 Failure To Report Child
Abuse.

Order To Timothy Mark Burgess, Gary George Colbath,
Jonas M. Walker, Marlin L. Ritzman, And Carla R.
Erickson To Register As Sex Offenders Pursuant to
34 USC CHAPTER 209. CHILD PROTECTION AND SAFETY. SEX
OFFENDER REGISTRATION AND NOTIFICATION. §20913(a)(b).

Notice To Timothy Mark Burgess, Gary George Colbath,
Jonas M. Walker, Marlin L. Ritzman, And Carla R.
Erickson That Their Failure To Register As Sex
Offenders Pursuant With 34 USC §20913(a)(b) Will
Result In An Additional Case Being Opened Up Against
Them For Criminal Violation Of 18 USC CHAPTER 109B.
SEX OFFENDER AND CRIMES AGAINST CHILDREN REGISTRY.
§2250 Failure To Register.

Case no. 3:18-cv-00241

Judgement And Conviction
    Timothy Mark Burgess, Gary George Colbath, Jonas M. Walker, Marlin L. Ritzman,
Carla R. Erickson do to the plethora of evidence that has been filed onto the United
States Public Record via the United States District Court for the District of Alaska, into
case no's (not limited to) 3:15-cv-00046, 3:18-cv-00241, 3:18-cv-00161, 3:18-cv-00166,
3:18-cv-00277, 3:18-cr-00035, and Alaska Court System's Public Record into case no's (not
limited to) 3AN-16-09248CI, 2KB-16-00156CI, 2KB-17-00046CI, 2NO-17-00179CI, 3AN-17-10121CI,
3AN-17-10326CI, 3AN-18-04594CI, 3AN-18-04720CI, 3AN-18-04871CI, 3AN-18-04902CI,
3AN-18-05065CI, 3AN-18-05109CI, 2KB-17-00218CI in support of your having been an

Case 2:19-cv-00004-RRB   Document 1-1   Filed 09/26/19   Page 12 of 29

orchestrator of and or fellow conspirator to ((by way of "accessory after the fact" and or "misprision of a felony, as codified in 18 USC §3, and 18 USC §4) the <u>violent sex crimes against innocent women and innocent children</u>;

TITLE 18 UNITED STATES CODE. CHAPTER 77. PEONAGE, SLAVERY, AND <u>TRAFFICKING IN PERSONS</u>.
§1581 Peonage; Obstructing enforcement,
§1583 Enticement into slavery,
§1584 Sale into involuntary servitude,
§1590 Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor,
§1591 <u>Sex trafficking of children or by force, fraud or coercion</u>;

TITLE 18 UNITED STATES CODE. CHAPTER 109A. <u>SEXUAL ABUSE</u>.
§2241 <u>Aggravated sexual abuse</u>,
§2242 <u>Sexual abuse</u>;

TITLE 18 UNITED STATES CODE. CHAPTER 110. <u>SEXUAL EXPLOITATION AND OTHER ABUSE OF CHILDREN</u>.
§2251 <u>Sexual exploitation of children</u>,
§2251A <u>Selling or buying of children</u>.

combined with your efforts at unlawfully, and fraudulently closing cases, in your extreme efforts to cover up the violent sex crimes, and prevent them from going to a jury trial, thus <u>obstructing the proper administration of justice</u> you have left myself, <u>Article III United States Supreme Court Justice</u>, Louis Holger, no other viable option but to, <u>in the Best Interest of Justice, and in the Best Interest of the Proper Administration of the Law, and in the Best Interest and Safety of the Innocent Women and Innocent Children, and the People of the United States</u> write and file this Judgement and Conviction onto the United States Public Record, in this <u>Article III United States Supreme Court of Record</u>, where it will never go away, and will remain available for public review, just as is the evidence used against you, in support of this judgment and conviction, at any such time that the public desires to review it.

Based upon the abundance of evidence, proving beyond any reasonable doubt, and in support of absolute proof that you <u>Timothy Mark Burgess, Gary George Colbath, Jonas M. Walker, Marlin L. Ritzman and Carla R. Erickson</u> are in fact orchestrators, and conspirators of violent pedophilia, violent child molestations, violent child abuse, violent rapes of innocent women, and innocent children, kidnappers, child human traffickers, child human sex traffickers, human traffickers, and human sex traffickers who target and prey upon innocent women and innocent children, I Louis Holger, Article III United States Supreme Court Justice in this Article III United States Supreme Court of Record now pronounce, and decree you as having been justly convicted of the sex crimes codified above, in this current document.

Additionally, you are ordered to register as sex offenders within three days of this judgement and conviction being filed on to the United States Public Record, pursuant with

TITLE 34 UNITED STATES CODE. CHAPTER 209. CHILD PROTECTION AND SAFETY. SEX OFFENDER REGISTRATION AND NOTIFICATION. §20913(a)(b). Registry requirements for sex offenders.

For the purpose of raising public awareness, and also for the purpose of alowing the seriousness of this situation to be absorbed into your minds I will now make this very clear: <u>Timothy Mark Burgess, Gary George Colbath, Jonas M. Walker, Marlin L. Ritzman, and Carla R. Erickson</u>, all five of you are now bona fide convicted sex offenders, having been lawfully convicted in an Article III United States Supreme Court of Record! <u>Timothy Mark Burgess, Gary George Colbath, Jonas M. Walker, Marlin L. Ritzman, Carla R. Erickson</u>, all five of you are nor ordered to <u>register as sex offenders</u> within three days of this judgment and conviction having been filed onto the United States Public Record. That is the *sentance* that I bestow upon you. Should you chose to ignore this order, and fail to <u>register as sex offenders</u>, pursuant with 34 USC §20913(a)(b) an additional case will be opened up, and you will be sued in a bona fide Article III United States Supreme Court of Record (again) for criminal violation of TITLE 18 UNITED STATES CODE. CHAPTER 109B. SEX OFFENDER AND CRIMES

page 2 of 3

AGAINST CHILDREN REGISTRY. §2250. Failure to register.

Timothy Mark Burgess, Gary George Colbath, Jonas M. Walker, Marlin L. Ritzman, Carla R. Erickson for your open, willing, voluntary and seemingly eager choice of actions in being conspirators of violent pedophilia, violent child molestations, violent child abuse, violent rapes of innocen women and innocent children, kidnapping, child human trafficking, child human sex trafficking, human trafficking, and human sex trafficking YOU ARE NOW CONVICTED SEX OFFENDERS.::

I, Louis Holger, operating in my official capacity as a bona fide Article III United States Supreme Court Justice, in this Article III United States Supreme Court of Record, now decree the aformentioned as so, and it is so Ordered.

Each ONE Teach ONE

*Louis Holger*          Dec 11, 2018
Louis Holger                Date
Article III United States
Supreme Court Justice
-Galactic Federation of Light-



Google    gary george colbath    🔍     Sign in

All    News    Maps    Images    Videos    Settings    Tools

About 87 400 results (0 31 seconds)

Holger v. Burgess et al :: Justia Dockets & Filings
https://dockets.justia.com/docket/alaska/akdce/3.2013cv00166/60422 ▾
Jul 12, 2018 - July 12, 2013 - I COMPLAINT against Timothy Mark Burgess, Gary George Colbath
Jonas M. Walker filed by Louis Holger (PXS, COURT.

Holger v. Burgess et al :: Justia Dockets & Filings
https://dockets.justia.com/docket/alaska/akdce/3.2013cv00287/61074 ▾
Dec 6, 2018 - United States of America Inc., Warden D. Sproul, Sidney Billingslea, State of
Alaska Office of Children's Services Inc., Gary George Colbath,

USA v. Johnson (3:17-cr-00182), Alaska District Court - PacerMonitor
https://www.pacermonitor.com/public/case/23312991/USA_v_Johnson ▾
Dec 20, 2017 - APPEARANCES: Defendant Present, On Bond; Kimberly R. Sayers-Fay, AUSA;
Gary George Colbath, FPD; Azaria K. Kanfor Travis Lyons;

USA v. Jenkins (4:18-cr-00011), Alaska District Court - PacerMonitor
https://www.pacermonitor.com/public/case/25412236/USA_v_Jenkins ▾
Aug 28, 2018 - Gary George Colbath, FPD appointed FPD notified, Defendant pled not guilty to
counts 1, 2, 3 and 4 of the information Trial by Court set for

US v. BACHMEIER - Leagle.com
https://www.leagle.com/decision/infdco20180309a76 ▾
Mar 8, 2018 - Steven Curtis Bachmeier, Defendant, represented by Gary George Colbath, Federal
Public Defender's Agency, USA, Plaintiff, represented by

UNITED STATES v. HAWK WING | FindLaw
https://caselaw.findlaw.com/us-8th-circuit/1066325.html ▾
Gary George Colbath, Assistant Federal Public Defender, Rapid City, South Dakota (Jeffrey L.
Viken and Monica Thomas, on the brief), for appellant

UNITED STATES v. CHASE | FindLaw
https://caselaw.findlaw.com/us-8th-circuit/1011931.html ▾
Gary George Colbath Jr. argued, Assistant Federal Public Defender, Rapid City, South Dakota
(Jeffrey L. Viken on the brief) for appellant. Mark Salter, argued.

Gary Colbath | Facebook
https://www.facebook.com/gary.colbath
Gary Colbath is on Facebook. Join Facebook to connect with Gary Colbath and others you may
know. Facebook gives people the power to share and makes the.
Missing: george | Must include: george

420 Belmont Dr Rapid City Sd 57702 Address Search Results
https://www.fastpeoplesearch.com/address/420-belmont-dr_rapid-city-sd-57702 ▾
AKA: Connie Colbath , Angela M Colbath , Connely Colbath , Colbath Connely ... AKA: Gary
George Colbath JR , Gary George Colbath , Gary Colbath , Gary ...

840 N Spruce St Lot 219 Rapid City Sd 57701 Address Search Result
https://www.fastpeoplesearch.com/ /840-n-spruce-st-lot-219_rapid-city-sd-57701 ▾
AKA: Monica D Colbath , Monica D Schmidt , Monica Colbath , Monica Colbath JR , Monica
Thomas . Ms Monica Thomas. Related to Gary George Colbath JR

1 2 3 4 5 6 7 8 9 10    Next

From your search at address - Use precise location - Learn more    page 1 of 3

Louis Holger. Lawful Money. Duress. 12 U.S.C. §411
dba LOUIS HOLGER EKLUND Inc. #396774
ANCHORAG CORRECTIONAL COMPLEX EAST Inc.
1400 East 4th Avenue.
Anchorage. Alaska - 99501-

JAN 03 19

U.S.          COURT

In The United States District Court
For The District of Alaska.
Article III  3:15-cv-00046

Louis Holger.
The People of Planet Earth.
Plaintiffs.

vs.

UNITED STATES of AMERICA Inc.
et al.
Defendents.

Notice To Daryl J. Gardner
And Cybil Hartley that Gary
George Colbath, Timothy Mark
Burgess, Jonas M. Walker, Marlin
L. Ritzman, and Carla R.
Erickson are Convicted Violent
Pedophile Sex offender Child Human
Sex Trafficking Rapists.

Case No. 3:18-CY-00241

Notice TO Daryl J. Gardner, Cybil Hartley
Federal Public Defender Agency
District of Alaska.
601 West Fifth Avenue, Suite 800
Anchorage, Alaska - 99501-

Dear Ms. Hartley, Mr. Gardner.
This letter Serves the Purpose of informing you that
your fellow employee, Gary George Colbath (herein after
upon "The Convicted Violent Pedophile, Sex offender, Child Sex
Trafficking Rapist #1) AMERICAN BRITISH ACCREDITED
REGISTRY ASSOCIATION Inc., attorney Timothy Mark
Burgess, (herein after "The Convicted Violent Pedophile, Sex
offender, Child Sex Trafficking Rapist #2), AMERICAN
BRITISH ACCREDITED REGISTRY ASSOCIATION Inc.,
attorney Jonas M. Walker (herein after "The Convicted
Violent Pedophile. Sex offender, Child Sex Trafficking

RaPist #3"), FEDERAL BUREAU OF INVESTIGATION Inc., Alaska Special Agent in charge Marlin L. Ritzman (herein after "The Violent Pedophile" "The Convicted Violent Pedophile, Sex offender, Child Sex Trafficking RaPist #4") and ALASKA BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attorney Carla R. Erickson (herein after "The Convicted Violent Pedophile, Sex offender, Child Sex Trafficking RaPist #5) have all been Justly convicted, Pursuant to, and in accordence with, the laws of the United States in at an Article III Court of Record, Created under Article III of the United States Constitution of the following Violent Sex Crimes, having targeted and Preyed upon innocent women and innocent children of our Nation;

18 U.S.C. CHAPTER 77. PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS.
§ 1581 Peonage; obstructing enforcement.
§ 1583 Enticement into Slavery.
§ 1584 Sale into involuntary Servitude
§ 1590 Trafficking with respect to Peonage, Slavery, involuntary Servitude, or forced labor.
§ 1591 Sex trafficking of children, or by force, Fraud or Coercion

18 U.S.C. CHAPTER 109A. SEXUAL ABUSE.
§ 2241 Aggrivated Sexual Abuse
§ 2242 Sexual Abuse

18 U.S.C. CHAPTER 110. SEXUAL EXPLOITATION AND OTHER ABUSE OF CHILDREN.
§ 2251 Sexual Exploitation of Children
§ 2251A Selling or buying of Children
§ 2258 Failure to Report Child abuse.

Convicted
For a copy of "The Violent Pedophile, Sex offender Child Sex Trafficking RaPist #1, #2, #3, #4, #5 Judgement and Conviction, uploaded onto United States Public Record, where it will never go away, and will remain available for Public Review at any such time that the Public desires

to review it. You may research the United States Public Record located here: www.Pacer.gov → United States District Court for the District of Alaska → Case NO. 2018 ~~scc~~ 3:18-CC241 → Case Name Holger v. UNITED STATES OF AMERICA Inc. "The Convicted Violent PedoPhile, Sex Offender, Child Sex Trafficking Rapist #1, #2, #3, #4 and #5's" Judgement and Conviction is located at Document #14 on the docket Report.

I AM Awaiting Certified copies of "The Convicted Violent PedoPhile Sex offender Child Sex Trafficking Rapist #1, #2, #3, #4 and #5's" Judgement and Conviction ~~to be~~ to arrive in the mail, ~~upon Recieving~~ from Clerk of Court Leslie K. Allen United States District Court for The District of Alaska at 222 West 7th Avenue, Anchorage, Alaska-99513-. upon recieving the Certified copies of "The Convicted violent PedoPhile Sex offender Rapist #1, #2, #3, #4 and #5" Judgement and Conviction, containing the Seal of the United States District Court embossed directly into the Paper, and signed by the Clerk of Court, Leslie K. Allen I will be writing You another letter, Similar to this one, that has been Filed onto the United States Public Record where it will Never go away, and will remain available for Public Review at any time that the Public desires ~~would~~ to Review it. thus Preventing You, or any one else, from claiming "Plausable Deniability" Should You Chose to ignore my upcoming request to Help exPose this violent Kidnapping, Human trafficking, Human Sex trafficking, Child human trafficking, and Child Sex trafficking Scandal that is being Perpetrated upon innocent Women and innocent Children of our Nation.

I now Petition You Sibyl Hartley (my apologies for misspelling your Name), and Daryl J. Gardner, I humbly ask for Your assistence, and request that You come to the aid of innocent women and innocent children ~~who~~ ~~have~~ and Families who have been, and are being targeted and Preyed upon by "The Convicted Violent PedoPhile, Sex offender,

Child Sex Trafficking Rapist #1, #2, #3, #4 #5" and their Fellow Conspirators.

Peaceful Public Outcry is the only thing that will bring a success in having "The Convicted Violent Pedophile, Sex offender, Child Sex Trafficking Rapist #1, #2, #3, #4 and #5" and their fellow Conspirators Held accountable for the Violent Sex Crimes that they have been, and are perpetrating upon innocent women and innocent children.

I understand that this may be difficult to wrap your minds around. Please acknowledge the following facts:

Fact #1. In approximately 50 total seperate lawsuits, and counterclaims, and over a period of time exceeding 2½ years, Not one single time has any of these Violent Pedophile Rapists - over 200 total defendents in a prox 50 seperate lawsuits and counterclaims - objected to any of my claims/Alegations, Nor Denied any Alegations, Not even responded to them. They All simply ignored me. Every single one of them !!!

Fact #2. the Court Accepts All of my Filings, at this Point. there are higher Authorities Pulling Strings here. If any These higher Authorities want the Violent Pedophile Rapists exposed to the Public so that the Public at Large can Peacefully demand that the Violent Pedophile Rapists be held accountable. If this were not 100%. Correct, in its entirety the Courts would not have waived Nearly $5,000 ⁰⁰ in Filing Fees thus far, I would have been banned from Filing, and opening new cases.

Fact #3 If I did not have All of the evidence already uploaded onto a Plethora of Public Records in support of absolute Proof, Making it literally Undeniable that this Violent Sex Scandal is in Fact being perpetrated upon innocent women and innocent children I would have long ago been banned from Filing/uploading onto the Public record for Filing frivolous lawsuits.

In addition: upon recieving "The Convicted Violent Pedophile, Sex offender, Child Sex Trafficking Rapist #1, #2 #3, #4, and #5" Judgement and Conviction I will be Contacting the following Commanding officers of the

Following (not limited to) Military bases, and in my official capacity as a bona fide Article III United States Supreme Court Justice and issuing the each a Lawful Instruction in the Best Interest of Justice and in the Best Interest of the Health and Safety of the Public At Large to organize a team(s) and Plan operations, and take action on such Plans to take the violent P "The Convicted Violent PedoPhile, Sex Offender, Child Sex Trafficking Rapist #1, #2, #3, #4, and #5 into custody;

1) JBER Army Base - Commanding Officer.
2) Eileson Air Force Base - Commanding officer.
3) Col. Torrence Saxe - Department of Military and Veterans Affairs.

I will contact them with Certified Copies of "The Convicted Violent PedoPhile, Sex offender, Child Sex Trafficking Rapist #1, #2, #3, #4, and #5's" Judgment and Conviction in the same manner that I AM contacting you now. Filed onto the United States Public Record, where it will never go away, and will remain Available For Public Review at any such time that the Public desires to review it.

I will be calling upon All Oath Keepers, and reminding them that they took an Oath to Protect our Nation from all enemies. Both Foreign, and Domestic. Below is a list of Immediate People and agencies that I will be contacting with Certified Copies of "The Convicted Violent PedoPhile, Sex offender, Child Sex Trafficking Rapist #1, #2, #3, #4 #5" Judgment and Conviction, in my continued, never ending, efforts to influence good People to come to the aid of innocent women and innocent children who are being targeted and Preyed upon by "The violent Convicted Violent PedoPhiles, Sex offender, Child Sex Trafficking Rapist #1, #2, #3, #4, #5" and their Fellow Conspirators, including the mentally ill People who go to great lengths to cover up these violent Sex crimes in their attempt to Prevent the Public From becoming knowledgeable of these heinous events.

① Col. Torrence Saxe
Department of Military and Veterans Affairs
4600 Debarr Rd. Suite 180
Anchorage, Alaska - 99508-

② Courtney Horaclezchi
Channel 2 News
501 East 40th Ave.
Anchorage, Alaska - 99503-

③ Alaska Human Rights Commission
800 A St. Suite 204
Anchorage, Alaska - 99501-

④ Phil Bradshaw
Certified Prison Rape Elimination Act Auditor
11820 Parklawn Dr. Suite 240
Rockville, MD. - 20852-

⑤ Laura Jarrett - Justice Reporter
Cable News Network
% Time Warner HQ
225 Liberty St.
New York, New York - 10281-1008-

⑥ Mark P Dillon - ICC Prosecutor
International Criminal Court

The Hague Netherlands

(I have to get the officer to google the address)

In addition, I will be writing and Filing the lawful Judgment and Conviction of additional Violent PedoPhile, Sex offender, Child Sex Trafficking RaPists, on to the United States Public Record, where it will remain For the duration of the Public record, Never going away, and available for Public review at any such time that the Public desires to review it, for additional conspirators, and PerPetrators of these violent sex crimes, having targeted and Preyed uPon innocent Women and innocent Children, including but not limited to:

1) William Martin Walker a/k/a Bill Walker.
2) ALASKA BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., Attorney Jahna Lindemuth.
3) ALASKA BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., Attorney Eric A. Aarseth.

ALASKA BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., Attorneys:
4) Sidney Billingslea
5) Yvonne Lamoureux
6) Paul Anthony Roetman
7) Romano Dominick DiBinedetto
8) Aaron J. Michaels
9) Robert D. Lewis
10) Craig E. Stowers
11) Peter J. Maasan
12) Susan M. Carney
13) Joel Bolger
14) Daniel E. Winfree
15) Jennifer Hohnstein
16) Laura Hartz

AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., Attorneys:
17) Sharon L. Gleason
18) Debora M. Smith
19) Brian Schroder
20) Rich Curtner

21) UNITED STATES MARSHALS INC., Robert Heun
22) KOTZEBUE POLICE DEPARTMENT INC., Eric Swisher.
23) KOTZEBUE POLICE DEPARTMENT INC., Joseph Linger
24) KOTZEBUE POLICE DEPARTMENT INC., Thomas Slaise
25) KOTZEBUE POLICE DEPARTMENT INC., Norman Hughes
26) KOTZEBUE REGIONAL JAIL INC., Joe Mills-Bain
27) CITY OF KOTZEBUE INC., Nicole Norma Stoops
28) OFFICE OF CHILDREN'S SERVICES INC. Karley Shoenhair
29) OFFICE OF CHILDRENS SERVICES INC., Karen D. Morrison
30) OFFICE OF CHILDREN'S SERVICES INC., Veronica P. Driskill

Sibyl Hartley, Daryl J. Gardner this is my
official Petition to you, in my attempts to influence you to
come to the aid of the innocent women and innocent
children who are being/have been targeted and preyed upon
by "The Convicted Violent Pedophile, Sex offender, Child
Sex Trafficking Rapist #1, #2, #3, #4 #5" Timothy Mark
Burgess, Gary George Colbath, Jonas M. Walker, Marlin
L. Ritzman, and their fellow Conspirators. Carla R. Erickson

Before I end this letter, I would like to remind
you that it has been uploaded onto the United States Public
Record where it will never go away, and will remain available
for Public review at any such time that the Public desires
to review it.

I Pray that this Knowledge will assist you in chosing
to act in good faith and do what is Right.

You are in my Prayers. God Speed.

Each ONE Teach ONE

Louis Holger                    Jan 1, 2019
Louis Holger                    Date
Article III United States
Supreme Court Justice
- Galactic Federation of Light -



In the Native Village of Kotzebue Tribal Court Second Judicial District at Kotzebue
By and through the United States District Court for the District of Alaska
Article III 3:15-cv-00046

Native Village of Kotzebue,
by and through
Louis Holger
Article III Court of Record
Claimant



By _____ KB _____ Deputy

**Oath of Office**

Case No. 2KB-16-00156 CI

*"I, Louis Holger, do solemnly swear (or affirm), that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Article III Supreme Court Justice, United States District Court for the District of Alaska, according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States. So help me God."*

This certifies that on _1/26/2017_
Copies of this document were Filed in
NVOK Tribal Court Second Judicial District
At Kotzebue.

_1/26/2017_
Dáte

_____ (signature) _____
Notary/Public or other individual authorised
To administer Oaths.

_____ Louis Holger _____
Louis Holger
Article III Supreme Court Justice
United States District Court
District of Alaska

_1/26/17_
Date

1of1 (1 of 1)
4 of 4

I hereby certify that this is a true and correct
copy of the original on file in my office.
ATTEST
Clerk of the Trial Courts of Kotzebue

By KB _____ 1/26/17
Deputy    Date



## Notices

3:19-cv-00004-RRB Holger v. City of Kotzebue Inc. et al

### U.S. District Court

### District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 3/7/2019 at 4:18 PM AST and filed on 3/7/2019
**Case Name:**         Holger v. City of Kotzebue Inc. et al
**Case Number:**       3:19-cv-00004-RRB
**Filer:**             Louis Holger
**Document Number:** 11

**Docket Text:**
**NOTICE of Filing Google Search "Gary George Colbath" by Louis Holger (PXS, COURT STAFF)**

**3:19-cv-00004-RRB Notice has been electronically mailed to:**

**3:19-cv-00004-RRB Notice has been delivered by other means to:**

Louis Holger
396774
Anchorage Correctional Complex East
1400 E. 4th Ave.
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/7/2019] [FileNumber=1884657-0]
[b7246fa33b74dc65183128e0eb262ae847503ed333b041edb9b15a335729f2d5112e
8bf1a2be952c8dc590fcab9a8697dc57d47a55068592592949732a128c6c]]

Case 2:19-cv-00004-RRB   Document 1-1   Filed 09/26/19   Page 26 of 29

In The United States District Court
For The District of Alaska
Article III 3:15-cv-00046

RECEIVED

MAR 06 2019

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Louis Holger,
The Inupiaq People
Of The North West
Arctic Borough.
et al.
Plaintiffs.

VS.

CITY OF KOTZEBUE Inc.,
Gary George Colbath,
Timothy Mark Burgess,
Jonas M. Walker.
et al.
Defendants.

Google "Gary George
Colbath". He IS A Convicted
Violent Pedophile Sex
Offender, Child Sex
Trafficking Rapist.

Case No. 3:19-cv-00004

# GOOGLE SEARCH "Gary George Colbath"

TO: Joshua Decker, Stephen Koteff, Col. Torrence Saxe, Laura Jarretti, Courtney Horadezchi, General Joseph Dunford Jr., General Terrence O'Shaughnessy, General John Hyten, General Scott Miller, Alyssa Milano, Mike Dunleavy, Rich Kurtner, Gretchen L. Staff, Sibyl Hartley, Jamie McGrady, Daryl J. Gardner, Craig Perine.

Greetings, All.
I, Louis Holger, operating in my official Capacity as a bona Fide Article III United States Supreme Court Justice, on behalf of the People of the United States have been, Pursuant with the United States Constitution, and the laws of the United States, exposing a Kidnapping, Child Sex trafficking Pedophile Sex Scandal that has been orchestrated, and operated by gang of violent Pedophile Child sex trafficking rapists, Corrupted Corporate attorneys, Falsely impersonating Public servants and operating within our Nations Judicial System.
Gary George Colbath, Timothy Mark Burgess, and Jonas M. Walker are Senior Members of this Nefarious And Wicked Cabal. Google Search "Gary George Colbath" and the top two Google hits just happen to be lawsuits, Filed by me, in a bona fide Article III United States supreme Court of Record linking All three, Gary

Louis Holger ✎          Date ✎
Article III United States
Supreme Court Justice ✎
- Galactic Federation of Light -
- De Oppresso Liber - ✎

George Colbath, Jonas M. Walker and Timothy Mark Burgess to child human sex trafficking, and violent Pedophilia, beating and Rapeing children. In addition, all three of them, along with Charla R. Erickson (chief Assistant Attorney General Child Protection Division) and Marlin L. Ritzman (Alaska FBI Special Agent in charge) have been justly convicted, based upon the abundant/plethora of evidence that has been uploaded onto a wide variety of Public Records, of the following violent Pedophile Sex Crimes:

TITLE 18 U.S.C. CH 77. PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS. $1581 Peonage: Obstructing enforcement, $1583 Enticement into Slavery, $1584 Sale into involuntary servitude, $1590 Trafficking with respect to Peonage, Slavery, involuntary servitude or forced labor, $ 1591 Sex trafficking of children, or by force fraud or coercion.

TITLE 18 U.S.C. CH 109A. SEXUAL ABUSE. $2241 Aggravated Sexual Abuse, $2242 Sexual Abuse.

TITLE 18 U.S.C. CH 110. SEXUAL EXPLOITATION AND OTHER ABUSE OF CHILDREN. $2251 Sexual exploitation of Children, $2251A Selling or buying of Children.

Research an open lawsuit in which I have filed naming Gary George Colbath as a named defendant, exposing him as being an avid supporter of violent Male officer on Female Prisoner Prison Rapes here: WWW. Pacer.gov → United States District Court for the District of Alaska → Case Name Holger et al. V. CITY OF KOTZEBUE Inc. et al. → Case No. 3:19-CV-00004. Research a copy of the Judgement and Conviction for the crimes listed above in USDC Alaska → Case name Holger et al. V. Burgess et al → Case No. 3:18-CV-00241 Filed into Docket #14.

Gary George Colbath has forced himself upon me, and is conspiring to have me beaten and injected with hypodermic Syringes full of mind altering substances, because I have exposed their violent Pedophile Sex ring. I DO NOT WANT TO BE REPRESENTED BY GARY GEORGE COLBATH!! It is a conflict of interest. Even the Supreme Court agrees I do Not have to have him forced upon me.

POWELL V. ALABAMA 287 US 45, 77 LEd 158, 53 Sct 55 (1932) An accused has a fundamental Right to be represented by counsel of his own choice.
CUYLER V. SULLIVAN 446 US 335, 348, 64 LEdd 333, 100 Sct 1708(1980) Sixth amendment entitles a defendant to conflict free counsel.

I do not want to be represented by Gary George Colbath. He is a convicted violent Pedophile Sex offender, child Sex trafficking rapist who is persecuting me for exposing his nefarious and wicked Cabal who targets and preys upon innocent women, and innocent children as victims in their violent Pedophile, Violent Rapist Sex Scandal. Please help me get this nefarious attorney withdrawn from my case and held accountable for his actions. Thanks

Louis Holger          March 3, 2019
Louis Holger                Date
Article III United States
Supreme Court Justice
- Galactic Federation of Light -
- De Oppresso Liber -
With Robert G. Sarrazin And Lea Ann
Preston Baecht

Post Script: Clerk of Court is instructed to forward a filed copy of this document to each Name and address on the Attached Certificate of Service

Page 2 of 2

# CERTIFICATE OF SERVICE

Case No. 3:19-CV-00004 "Google" "Gary George Colbath"

This Certifies that on or about March 3, 2019 I mailed a copy of this document by first class mail, to be filed and uploaded onto United States Public Record where it will not go away and will remain available for Public Review at any such time that the Public desires to review it to:

Attn: Clerk of Court
United States District Court
District of Alaska
222 West 7th Ave
Anchorage, Alaska 99513-

and to; Joshua Decker (executive Director)
Witnesses; Stephen Koteff (Legal Director)
Alaska American Civil Liberties Union
1057 West Fireweed LN. Ste# 207
Anchorage, Alaska - 99503

Col. Torrence Saxe - Commissioner
Dept. of Military and Veterans Affairs
4600 Debarr Rd. Suite# 180
Anchorage, Alaska - 99508-

Laura Jarrett - Justice Reporter
Cable News Network
Time Warner HQ
225 Liberty St.
New York, New York  10281-1008

Courtney Horadezchi - Reporter
Channel 2 News
501 East 40th Ave
Anchorage, Alaska - 99503 -

General Joseph Dunford Jr.,
General Terrence O'Shaughnessy,
General John Hyten,
General Scott Miller
℅ Joint Chiefs of Staff
9999 Joint Staff Pentagon #20932
Arlington, VA. - 22202-

Alyssa Milano
23705 Van Owen St. Suite #290
West Hills, California - 91307-

Rich Curtner, Gretchen L. Staff,
Sibyl Hartley, Jamie McGrady,
Daryl J. Gardner, Gary George Colbath
Federal Public Defender
District of Alaska
601 West 5th Ave, Suite #800
Anchorage, Alaska - 99501-

Alaska Governor Mike Dunleavy
Alaska State Capitol
120 4th Street
Juneau, Alaska-99801-

Bryan Schroder, Jonas M. Walker
Federal Building U.S. Courthouse
222 West 7th Avenue #9 Suite 253
Anchorage, Alaska -99513-

Robert G. Sarrazin, Lea Ann Preston Baecht
U.S. Medical Center For Federal Prisoners
1900 West Sunshine Street
Springfield, Missouri - 65807 -

Robert Heun
United States Marshals
222 West 7th Avenue
Anchorage, Alaska - 99513-

Craig Perine
COMPLETE ADMINISTRATIVE
SERVICES
PO Box 140905
Staten Island, New York - 10314 -

_Louis Holger_      March 3, 2019
Louis Holger          Date
♀ Article III United States       ♂
Supreme Court Justice
☿ - Galactic Federation of Light -
- De Oppresso Liber-
♀ ♀"To Free the Oppressed"♀

Yippee!